

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Zimmerman Truck Lines, Inc., and Chad Frymire, | § | No. 08-17-00131-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 3 |
| v. | | |
| | § | of El Paso County, Texas |
| Katrina Pastran, | | |
| | § | (TC# 2012DCV04303) |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's Reply Brief Second motion for extension of time within which to file the Appellant's reply brief until **April 9, 2018**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Oscar A. Lara, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before April 9, 2018.

IT IS SO ORDERED this 3rd day of April, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.